■ In the Matter of DIAMOND A., an Infant. FRANCHON S., Appellant; COMMISSIONER OF SOCIAL SERVICES, Respondent. [716 NYS2d 567] —Appeal from order, Family Court, Bronx County (Marjory Fields, J.), entered on or about March 8, 1996, which extended the subject child's placement, unanimously dismissed, as academic, without costs.

The appeal is academic, the order brought up having expired and subsequent orders temporarily extending placement having been entered (*see, Matter of Rosalie C.*, 254 AD2d 40). Concur—Williams, J. P., Mazzarelli, Lerner, Buckley and Friedman, JJ.